**FILED**

JAMES J. VILT JR,
CLERK

5/18/2022

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                          CRIMINAL ACTION NO. <u>3:22-cr-47-BJB</u>

BRYAN ANDREW WILSON
CURT FLYNN                                                      DEFENDANT

## MOTION TO SEAL INFORMATION

Comes the United States of America, by counsel, Stephanie M. Zimdahl and David R.
Weiser, Assistant United States Attorneys for the Western District of Kentucky, and move the
Court to order and direct that the Information filed, charging the above-named defendants with a
violation of Title 18, United States Code, Section 241, remain a sealed document until such time
as the defendants waive indictment by a grand jury and the United States makes the Motion to
Unseal, either in writing or in person.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


_____
Stephanie M. Zimdahl
David R. Weiser
Assistant U.S. Attorneys