UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:22-cr-47-BJB

BRYAN ANDREW WILSON
CURT FLYNN     DEFENDANT

## ORDER

The Information filed by the United States Attorney charging the above-named defendants with a violations of Title 18, United States Code, Section 241, is hereby ORDERED SEALED until such time as the defendants waive indictment by a grand jury the United States makes the Motion to Unseal, either in writing or in person.

This _____ day of May, 2022.

_____
United States Magistrate Judge