AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**
JAMES J. VILT, JR. - CLERK
JUN 21 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States of America )
v. )  Case No.  3:22CR-47-BJB
BRYAN ANDREW WILSON )
)
_____ )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
Defendant's signature

_____
Signature of defendant's attorney

BRIAN P. BULTER
Printed name of defendant's attorney

_____
Judge's signature

BENJAMIN BEATON, US DISTRICT COURT JUDGE
Judge's printed name and title